IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WILLIS,

      Plaintiff,                      No. CIV S-09-0342 MCE DAD P

     vs.

R. WEEKS,

      Defendant.              <u>ORDER</u>

_____/

        On October 25, 2010, plaintiff filed a motion to quash a subpoena issued by defendant Weeks seeking plaintiff's "mental and psychiatric records" from September 2002 to the present from his institution of confinement . Defendant Weeks has not filed an opposition to that motion.

        Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Moreover, on April 14, 2009, the court issued an order requiring the parties to brief discovery motions pending before the court.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that, within fourteen days of the date of this order, defendant Weeks shall file an opposition to plaintiff's motion to quash.

DATED: March 16, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
will0342.46mtq