IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WILLIS,

      Plaintiff,               No. CIV S-09-0342 MCE DAD P

   vs.

R. WEEKS,

      Defendant.        ORDER

_____/

      Plaintiff has requested an extension of time to file objections to the October 21, 2011 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's motion for an extension of time (Doc. No. 57) is granted; and

      2. Plaintiff shall file and serve his objections to the October 21, 2011 findings and recommendations on or before December 7, 2011.

DATED: November 22, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:md
will0342.36obj