IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT WILLIS,

        Plaintiff,                     No. CIV S-09-0342 MCE DAD P

    vs.

R. WEEKS,

        Defendant.             ORDER

                                  /

        Plaintiff has requested an extension of time to file objections to the October 21, 2011 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for an extension of time (Doc. No. 57) is granted; and

        2. Plaintiff shall file and serve his objections to the October 21, 2011 findings and recommendations on or before December 7, 2011.

DATED: November 22, 2011.

                                                                       /s/ Dale A. Drozd
                                                                     DALE A. DROZD
                                                                      UNITED STATES MAGISTRATE JUDGE

DAD:9:md
will0342.36obj