UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIS, | No. 2:09-cv-0342 MCE DAD P |
| Plaintiff, | |
| vs. | **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT ROBERT WILLIS, CDCR #H-22395, PLAINTIFF** |
| R. WEEKS, | |
| Defendant. | DATE: October 18, 2012<br>TIME: 1:00 p.m. |

   Per the court's August 17, 2012 minute order, the settlement conference in this case set for October 11, 2012, has been continued to October 18, 2012.  Robert Willis, CDCR inmate # H-22395, a necessary and material witness in a settlement conference in this case on October 18, 2012, is confined in California Mens Colony (CMC), Highway 1, San Luis Obispo, California 93409, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U.S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #2 on October 18, 2012 at 1:00 p.m.

   ACCORDINGLY, IT IS ORDERED that:

   1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

   2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CMC, P. O. Box 8101, San Luis Obispo, California 93409:**

   **WE COMMAND** you to produce the inmate named above to testify before Judge Kellison, at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.  This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

   **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.
DATED: August 21, 2012.

DAD:9
will0342.841(2)

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE